

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK ALAN CRABTREE,                )
                                   )
            Petitioner,            )   CASE NO. C10-0490-JLR
                                   )
       v.                          )
                                   )   ORDER DISMISSIING § 2254
STATE OF WASHINGTON,               )   PETITION
                                   )
            Respondent.            )
_____)

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Petitioner's federal habeas petition, and this action, are DISMISSED for lack of jurisdiction.

//

//

//

10-CV-00490-ORD

ORDER DISMISSING § 2254 PETITION
PAGE -1

(3)  The Clerk shall direct copies of this Order to petitioner and to Judge Theiler.

DATED this 7th day of June, 2010.

*James L. Robart*
JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -2